JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REMBERT DAVID GREESON, JR., | Case No. 2:23-cv-02779-SPG-KES |
| Plaintiff, | |
| v. | **JUDGMENT** |
| UNKNOWN, | |
| Defendant. | |

Pursuant to the Court's Order Dismissing Action Without Prejudice for Lack of Prosecution, IT IS ADJUDGED that this action is dismissed without prejudice.

DATED:  May 15, 2023

SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE